**United States District Court
for
the District of Nevada**

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 29, 2019**

---

Name of Offender: **Patrick Conroy**

Case Number: **2:11CR00001**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **January 25, 2012**

Original Offense: **Coercion and Enticement**

Original Sentence: **120 Months prison followed by lifetime supervised release**

Date Supervision Commenced: **July 19, 2019**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

---

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

---

**CAUSE**

Mr. Conroy is scheduled to release from custody on July 19, 2019. Currently, Mr. Conroy has no viable residence. The above condition is respectfully requested to allow Mr. Conroy to reside in the residential re-entry center. This placement will allow Mr. Conroy time to secure employment and housing. Mr. Conroy agreed to the proposed modification. The probation form 49 is attached for the Court's review.

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

Amberleigh K. Barajas
2019.05.29 14:08:00
-07'00'

_____

Amberleigh K. Barajas
Senior United States Probation Officer

Approved:

Shawn Mummey
2019.05.29 10:51:43
-07'00'

_____

Todd J. Fredlund, Supervising
United States Probation Officer

_____

## *THE COURT ORDERS*

☐    No Action.

☐    The extension of supervision as noted above.

☒    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

_____

Signature of Judicial Officer

    5/29/2019
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.


Witness _____          Signed _____
        Case Manager                             Probationer or Supervised Releasee


_____5/15/2019_____
        Date